UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                       **Case No.  3:25-cr-18/TKW**

**JUAN DIAZ-ZACARIAS, a/k/a,**
**GABRIEL PEREZ ROBLERO**

    **Defendant.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, JUAN DIAZ-ZACARIAS, a/k/a GABRIEL PEREZ ROBLERO, to Count One of the indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

    **DONE AND ORDERED** this 25th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**